IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TRAVONTE K. BUTLER, #281434, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:14-CV-1225-WKW |
| | ) | [WO] |
| OFFICER COLLY, OFFICER | ) | |
| GARBOLD, AND ADMINISTRATOR | ) | |
| HENLINE, | ) | |
| | ) | |
| Defendants.[1] | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 36.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 36) is ADOPTED;

2. Defendants' motion to dismiss (Doc. # 18) is GRANTED to the extent Defendants seek dismissal due to Plaintiff's failure to properly exhaust an administrative remedy available to him during his confinement at the Elmore County Detention Center prior to initiating this cause of action;

---

[1] Defendants were properly identified as Benjamin Colley, David Godbold, and Robert Henline. (*See* Doc. # 12.)

3. This action is DISMISSED with prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for Plaintiff's failure to exhaust properly an administrative remedy available to him during his incarceration at the Elmore County Detention Center; and

4. No costs are taxed herein.

A separate final judgment will be entered.

DONE this 1st day of November, 2017.

                                        /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE